K. S. S. REALTY COMPANY, INCORPORATED, respondent,

*v.*

ALBERT OSTROFF et al., appellant.

[Decided October 17th, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Fielder, whose opinion is reported in *100 N. J. Eq. 128.*

*Messrs. Melosh, Morten & Melosh,* for the respondent.

*Mr. Aaron A. Melniker,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.